## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

Case No. 4:18-cv-01393

**CHRIS THORPE**, individually and on behalf
of all others similarly situated,

        *Plaintiff*,

*v.*

**AMCO INSURANCE AGENCIES, INC.,**
a Texas corporation,

        *Defendant*.

## PLAINTIFF'S MOTION FOR ENTRY OF
## CLERK'S DEFAULT AGAINST DEFENDANT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Chris Thorpe requests that the Clerk enter a default against Defendant AMCO Insurance Agencies, Inc. for failing to timely respond to the complaint, and states:

1. On May 1, 2018, Plaintiff filed his class action complaint against AMCO. *See* Affidavit of one of Plaintiff's counsel, attached as Exhibit 1 to this Motion.

2. On May 2, 2018, the clerk issued a summons as to AMCO. *Id.*

3. Between May 2, 2018 and July 16, 2018, Plaintiff's process servers repeatedly attempted to obtain service upon AMCO. *Id.*

4. On July 25, 2018, the Court entered an Order on Substituted Service (D.E. 9), authorizing Plaintiff to serve AMCO by sending, among other things, the summons and complaint to an address in Austin and a second address in Houston by first-class mail, return receipt requested. *Id*.

5. On July 30, 2018, Plaintiff served AMCO at the Austin address. *Id*.

6.      On August 15, 2018, Plaintiff served AMCO at the Houston address.  *Id*.

7.      Accordingly, AMCO was required to respond to Plaintiff's complaint by September 5, 2018, *at the latest*.  *Id*.

8.      However, AMCO has failed to respond to the complaint, appear in the action, or otherwise acknowledge being served with process.

9.      Therefore, pursuant to Federal Rule of Civil Procedure 55(a), the Clerk should enter a default against AMCO.  A proposed Default is attached as Exhibit 2 to this Motion.

Dated: September 6, 2018

By:   /s/  Jason Johnson
Jason Johnson (Federal Bar No. 2561082,
TX Bar No. 24065502)
Terrel Law Group
Jjohnson@terrellawgroup.com
8303 Southwest Freeway #450
Houston, TX 77074
Telephone: 346-718-8286

Stefan Coleman (FL Bar No. 0030188)
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd., 23rd floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman (FL Bar No. 48382)
kaufman@kaufmanpa.com
Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff and the putative Class*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on September 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Jason Johnson*