UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Case No. 4:18-cv-01393

**CHRIS THORPE**, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

**AMCO INSURANCE AGENCIES, INC.**,
a Texas corporation,

    *Defendant*.

**AFFIDAVIT OF AVI R. KAUFMAN IN CONNECTION WITH PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT**

I, Avi R. Kaufman, declare as follows under penalty of perjury:

1.    On May 1, 2018, Plaintiff Chris Thorpe filed his class action complaint against Defendant AMCO Insurance Agencies, Inc.

2.    On May 2, 2018, the clerk issued a summons as to AMCO.

3.    Between May 2, 2018 and July 16, 2018, Plaintiff's process servers repeatedly attempted to obtain service upon AMCO.

4.    On July 25, 2018, the Court entered an Order on Substituted Service (D.E. 9), authorizing Plaintiff to serve AMCO by sending, among other things, the summons and complaint to an address in Austin and a second address in Houston by first-class mail, return receipt requested.

5.    On July 30, 2018, Plaintiff served AMCO at 2700 South Interstate 35, Suite 100, Austin, Texas 78704.  A copy of the electronic return receipt confirming delivery to the Austin address is attached as Exhibit A to this Declaration.

6. On August 15, 2018, Plaintiff served AMCO at 7204 Southwest Freeway, Houston, Texas 77074. A copy of the electronic return receipt confirming delivery to the Houston address is attached as Exhibit B to this Declaration.

7. Accordingly, AMCO was required to respond to Plaintiff's complaint by September 5, 2018, *at the latest*.

8. However, AMCO has failed to respond to the complaint, appear in the action, or otherwise acknowledge being served with process.

Dated: September 6, 2018                                              */s/Avi R. Kaufman*

# EXHIBIT A

**UNITED STATES POSTAL SERVICE**

August 1, 2018

Dear barbara coleman:

The following is in response to your request for proof of delivery on your item with the tracking number: **7017 3040 0000 6744 5460**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception |
| Status Date / Time: | July 30, 2018, 12:25 pm |
| Location: | AUSTIN, TX 78704 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 6.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 2700 S INTERSTATE 35 STE 100 |
| City, State ZIP Code: | AUSTIN, TX 78704-5721 |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | X *[signature]* Printed Name: April Hernandez |
| Address of Recipient: | Delivery Address |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# EXHIBIT B

**UNITED STATES POSTAL SERVICE**

August 16, 2018

Dear Barbra Coleman:

The following is in response to your request for proof of delivery on your item with the tracking number: **7017 3040 0000 6745 5032**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | August 15, 2018, 12:12 pm |
| **Location:** | HOUSTON, TX 77074 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $50 insurance included |

## Shipment Details

| | |
|---|---|
| **Weight:** | 6.0oz |

## Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 7204 SOUTHWEST FWY STE C |
| **City, State ZIP Code:** | HOUSTON, TX 77074-2038 |

## Recipient Signature

| | |
|---|---|
| Signature of Recipient: | *[signature]* |
| Address of Recipient: | *[handwritten address]* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004