UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Case No. 4:18-cv-01393

| | |
|---|---|
| **CHRIS THORPE**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**AMCO INSURANCE AGENCIES, INC.,**<br>a Texas corporation,<br><br>*Defendant*. | |

**[PROPOSED] DEFAULT AGAINST DEFENDANT**

A default is entered in this action against Defendant AMCO Insurance Agencies, Inc. for failing to respond to the complaint as required by law.

*CLERK OF COURT*

Date: _____      _____

*Signature of Clerk or Deputy Clerk*