# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Case No. 4:18-cv-01393

**CHRIS THORPE**, individually and on behalf of all others similarly situated,

    *Plaintiff*,

v.

**AMCO INSURANCE AGENCIES, INC.,**
a Texas corporation,

    *Defendant*.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Chris Thorpe, pursuant to Federal Rule of Civil Procedure 41, voluntarily dismisses this action without prejudice.

    Respectfully Submitted,

Dated: September 27, 2018

By:   /s/  Jason Johnson
Jason Johnson (Federal Bar No. 2561082, TX Bar No. 24065502)
Terrel Law Group
Jjohnson@terrellawgroup.com
8303 Southwest Freeway #450
Houston, TX 77074
Telephone: 346-718-8286

Stefan Coleman (FL Bar No. 0030188)
law@stefancoleman.com
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Blvd., 23rd floor
Miami, FL 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

Avi R. Kaufman (FL Bar No. 48382)
kaufman@kaufmanpa.com

Kaufman P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                    */s/ Jason Johnson*