| | | |
|---|---|---|
| United States District Court | Southern District of Texas | |

United States District Court
Southern District of Texas
**ENTERED**
September 28, 2018
David J. Bradley, Clerk

Chris Thorpe, §
　　　　　　§
　　Plaintiff, §
　　　　　　§
versus　　　　§　　Civil Action H-18-1393
　　　　　　§
AMCO Insurance Agencies, Inc., §
　　　　　　§
　　Defendant. §

## Final Dismissal

1. Having been advised by Chris Thorpe that he is no longer pursuing his claims against AMCO Insurance Agencies, Inc., this case is dismissed without prejudice.

2. If refiled in the Southern District of Texas, the case will be assigned to Judge Hughes.

Signed on September 28, 2018, at Houston, Texas.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　United States District Judge